IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMMY LEE CABAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 12-4024 |
| CAROLYN W. COLVIN | : | |

**<u>ORDER</u>**

AND NOW, this 26th day of February, 2014, upon careful and independent consideration of plaintiff's request for review, and after review of the Report and Recommendation of United States Magistrate Timothy R. Rice, to which no objections were filed:

    1. The Report and Recommendation is approved and adopted;

    2. The request for review is granted and plaintiff's case is remanded to the Commissioner for further review consistent with the Report and Recommendation;

    3. The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.